No. 661. WEST *v.* WASHINGTON ET AL. February 5, 1940. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis*, denied. *Fred Hartzell West, pro se.*

No. 670. ROBERTSON ET AL. *v.* CHRONISTER ET AL. February 5, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed further *in forma pauperis*, denied. *Dora Robertson, pro se.*

No. 631. PARKER *v.* AMERICAN SOCIETY OF MECHANICAL ENGINEERS. February 5, 1940. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *John Parker, pro se.*

No. 639. SHELLEY *v.* JORDAN, ASSISTANT DISTRICT DIRECTOR OF NATURALIZATION AND IMMIGRATION. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis*, denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for a writ of certiorari was not filed within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Rebecca Shelley, pro se.*